Cite as 2023 Ark. 156

# SUPREME COURT OF ARKANSAS

IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS

**Opinion Delivered:** October 26, 2023

## PER CURIAM

Administrative plans have been submitted by all judicial circuits. The court has carefully considered each plan and, upon review, believes these plans generally meet the requirements of Administrative Order No. 14.

The following circuit court administrative plans have been approved as submitted: First Circuit, Second Circuit, Third Circuit, Fourth Circuit, Seventh Circuit, Eighth-North Circuit, Eighth-South Circuit, Ninth-East Circuit, Ninth-West Circuit, Tenth Circuit, Eleventh-East Circuit, Eleventh-West Circuit, Twelfth Circuit, Thirteenth Circuit, Fourteenth Circuit, Fifteenth Circuit, Sixteenth Circuit, Seventeenth Circuit, Eighteenth-East Circuit, Eighteenth-West Circuit, Nineteenth-East Circuit, Nineteenth-West Circuit, Twentieth Circuit, Twenty-First Circuit, Twenty-Second Circuit, and Twenty-Third Circuit.

Regarding the administrative plan submitted by the Fifth Circuit, certain aspects of the plan were modified to better align with the administrative orders established by this

court. With these modifications in place, the administrative plan submitted by the Fifth Circuit is approved.

The court previously announced the approval of the administrative plan submitted by the Sixth Circuit. *In re Administrative Plans for the Circuit Courts and District Courts*, 2023 Ark. 115 (per curiam).

All approved administrative plans are effective January 1, 2024.